# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 7, 2005*

[Cite as *04/07/2005 Case Announcements,* 2005-Ohio-1639.]

## MOTIONS AND PROCEDURAL RULINGS

**2003–1572. State ex rel. Howard v. Seaway Food Town, Inc.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On March 29, 2005, appellant submitted a motion for leave to file a motion for nunc pro tunc correction of this court's March 28, 2005, order regarding attorney fees. Upon consideration thereof,

IT IS ORDERED by the court that the motion for leave be, and hereby is, granted and that appellant shall file the motion for correction within ten days of the date of this entry.

**2005–0192. State v. Mundt.**
Noble C.P. 2042002. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Noble County. Upon consideration of the parties' responses to this court's March 4, 2005 show cause order,

IT IS ORDERED by the court that the Clerk of the Noble County Court of Common Pleas shall not be required to transport the physical trial exhibits to the Clerk of this court. Photographs of the physical exhibits shall be included with the remainder of the record that is transported.

IT IS FURTHER ORDERED by the court that this order is subject to further consideration by this court if a physical exhibit is necessary for the review and determination of this cause on appeal.

## MISCELLANEOUS DISMISSALS

**2004–1112. UCAR Carbon Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–R–261. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–1113. UCAR Carbon Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–R–262. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–1114. UCAR Carbon Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–R–263. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–1115. UCAR Carbon Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–R–264. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.